# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 3:21-cv-00887-N |
| § | |
| vs. § | PATENT CASE |
| § | |
| TESSITURA NETWORK, INC., § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Tessitura Network, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: May 13, 2021                                             Respectfully submitted,

                                                                /s/ Jay Johnson
                                                                **JAY JOHNSON**
                                                                State Bar No. 24067322
                                                                **KIZZIA JOHNSON PLLC**
                                                                1910 Pacific Ave., Suite 13000
                                                                Dallas, Texas 75201
                                                                (214) 451-0164
                                                                Fax: (214) 451-0165
                                                                jay@kjpllc.com

                                                                **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**